**HORTON OBERRECHT & KIRKPATRICK**
Cheryl A. Kirkpatrick, Esq. (SBN 149906)
Ckirkpatrick@hortonfirm.com
3 Park Plaza, Suite 350
Irvine, CA 92614
PH:  (949) 251-5100
FX:  (949) 251-5104

Attorneys for Defendant Target Corporation,
A Minnesota Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY SHEFFNER-KUMMER, an individual;<br><br>            Plaintiff,<br><br>     vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | **CASE NO.**<br><br>**NOTICE OF REMOVAL BY TARGET CORPORATION.**<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint Filed:   April 26, 2022<br><br>Trial Date:          Not Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, CLERK OF THE SUPERIOR COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant TARGET CORPORATION ("Target") hereby removes to this Court the state court action described below.

1.     On April 26, 2022, an action was commenced in the Superior Court of the State of California in and for the County of Orange, entitled KIMBERLY SHEFFNER-KUMMER, an individual, Plaintiff vs. TARGET CORPORATION, and DOES 1 through 100, inclusive, Defendants, as Case Number **30-2022-01256634-CU-PO-CJC** (the

NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION

"Action"). A true and correct copy of the Summons is attached as **Exhibit "A"**. A true and correct copy of the Complaint filed upon April 26, 2022, is attached hereto as **Exhibit "B"**.

2.      Target first became aware of the Action when Target was served a copy of the Complaint on May 19, 2022, when counsel for Plaintiff caused to be served, by a process server, copies of the said Complaint and Summons, on Target's Registered Agent, CT Corporation in California. A true and correct copy of the transmittal of summons and complaint CT service of process transmittal is attached hereto as **Exhibit "C"**.

3.      Target is informed and believes that Plaintiff was, at the time he filed the Action, and still is, a citizen of the State of California.

4.      On June 15, 2022, Target filed and served its Answer to Complaint and Demand for Jury Trial with the California Superior Court, County of Orange. True and correct copies of Target's Answer to Complaint and Demand for Jury Trial are attached hereto as **Exhibit "D"** and **"E"**, respectively.

5.      Defendant Target is informed and believes and on that basis alleges that the amount in controversy exceeds $75,000.00.

6.      Defendant Target is informed and believes and on that basis alleges that the amount in controversy exceeds $75,000.00, based on Plaintiff's responses to Target's written discovery to Plaintiff, served by Plaintiff on Defendant on July 18, 2022. True and correct copies of Plaintiff's responses to Form Interrogatory responses are attached hereto as **Exhibit "F"**. Specifically, Plaintiff claims to have sustained the following injuries as a result of the incident:

- Torn meniscus in right knee requiring surgery
- Shoulder pain
- Lower back pain
- Right hip pain

2

**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

Plaintiff also claims she is experiencing ongoing pain in her right knee, shoulder, and lower back.  As a result of the incident, Plaintiff claims to have incurred medical bills in excess of $65,000.  She also claims she will require future medical treatment consisting of intra articular steroid injections for her right hip pain, a series of lumbar epidural steroid injections for control of lower back pain, as well as ongoing pain management consultations.  Future medical expenses are projected to range from $14,600 to $25,000.

7.      This removal is filed within thirty (30) days of Defendant Target being first served with Plaintiff's responses to written discovery on July 18, 2022.  Therefore, this removal is timely as required by 28 U.S.C. §1446(b) which provides:

> "If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action."  28 U.S.C. § 1446 (b)."

8.      This action is a civil action for personal injury and other claims of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Target pursuant to the provisions of 28 U.S.C. § 1441(a), based upon diversity, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9.      Target is informed and believes, and on that basis alleges that at the time that Target filed its Answer to Plaintiff's Complaint on January 28, 2022, no other defendant had been served or joined in this action.

10.      The other defendants in this action are fictitiously named, designated as

NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION

DOES 1 through 100, inclusive, and their citizenship shall not be considered in determining diversity jurisdiction.  28 U.S.C. § 1441(b)(1) & (2); 28 U.S.C. § 1332.

11.    Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process. pleadings, and orders sent to and received by Target in the State Court action, including Defendant Target's timely filed Answer and Demand for Jury Trial both dated January 28, 2022, are attached hereto as **Exhibits "A", "B", "C", "D", and "E"**, respectively.

12.    Defendant Target hereby requests a Jury Trial of all causes of action that can be tried by jury.

13.    Plaintiff requested a Jury Trial in her Complaint.

DATED:  August 5, 2022                    HORTON, OBERRECHT & KIRKPATRICK


By: _____
           Cheryl A. Kirkpatrick
           Attorneys for Defendant Target Corporation

**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

## DECLARATION OF CHERYL A. KIRKPATRICK

I, CHERYL A. KIRKPATRICK, declare as follows:

    1.    I am an attorney at law duly licensed to practice in the courts of the State of California and the Central District of California, and am an associate in the law firm of Horton Oberrecht & Kirkpatrick, attorneys of record for Defendant Target Corporation ("Target") herein.  I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently so testify.

    On April 26, 2022, an action was commenced in the Superior Court of the State of California in and for the County of Orange, entitled KIMBERLY SHEFFNER-KUMMER, an individual, Plaintiff vs. TARGET CORPORATION, and DOES 1 through 50, inclusive, Defendants, as Case Number **30-2022-01256634-CU-PO-CJC** (the "Action").  A true and correct copy of the Summons is attached as **Exhibit "A"**.  A true and correct copy of the Complaint filed upon April 26, 2022, is attached hereto as **Exhibit "B"**.

    2.    Target first became aware of the Action when Target was served a copy of the Complaint on May 19, 2022, when counsel for Plaintiff caused to be served, by a process server, copies of the said Complaint and Summons, on Target's Registered Agent, CT Corporation in California.  A true and correct copy of the transmittal of summons and complaint by CT service of process transmittal is attached hereto as **Exhibit "C"**.

    3.    Target is informed and believes that Plaintiff was, at the time he filed the Action, and still is, a citizen of the State of California.

    4.    On June 15, 2022, Target filed and served its Answer to Complaint and Demand for Jury Trial with the California Superior Court, County of Orange. A true and correct copies of Target's Answer to Complaint and Demand for Jury Trial are attached hereto as **Exhibit "D"** and **"E"**, respectively.

**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

5.    Defendant Target is informed and believes and on that basis alleges that the amount in controversy exceeds $75,000.00.

6.    Defendant Target is informed and believes and on that basis alleges that the amount in controversy exceeds $75,000.00, based on Plaintiff's responses to Target's written discovery to Plaintiff.   True and correct copies of Plaintiff's discovery responses are attached hereto as **Exhibit "F"**.   Specifically, Plaintiff claims to have sustained the following injuries as a result of the incident:

- Torn meniscus in right knee requiring surgery
- Shoulder pain
- Lower back pain
- Right hip pain

Plaintiff also claims she is experiencing ongoing pain in her right knee, shoulder, and lower back.  As a result of the incident, Plaintiff claims to have incurred medical bills in excess of $65,000.  She also claims she will require future medical treatment consisting of intra articular steroid injections for her right hip pain, a series of lumbar epidural steroid injections for control of lower back pain, as well as ongoing pain management consultations.  Future medical expenses are projected to range from $14,600 to $25,000.

7.    This removal is filed within thirty (30) days of Defendant Target being first served with Plaintiff's responses to written discovery on July 18, 2022.  Therefore, this removal is timely as required by 28 U.S.C. §1446(b) which provides:

> "If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, except that a case may not be removed on the basis of jurisdiction conferred by section 1332 of this title more than 1 year after commencement of the action."  28 U.S.C. § 1446

(b)."

8.     This action is a civil action for personal injury and other claims of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant Target pursuant to the provisions of 28 U.S.C. § 1441(a), based upon diversity, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9.     Target is informed and believes, and on that basis alleges that at the time that Target filed its Answer to Plaintiff's Complaint on June 15, 2022, no other defendant had been served or joined in this action.

10.     The other defendants in this action are fictitiously named, designated as DOES 1 through 100, inclusive, and their citizenship shall not be considered in determining diversity jurisdiction.  28 U.S.C. § 1441(b)(1) & (2); 28 U.S.C. § 1332.

11.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process. pleadings, and orders sent to and received by Target in the State Court action, including Defendant Target's timely filed Answer and Demand for Jury Trial both dated June 15, 2022, are attached hereto as **Exhibits "A", "B", "C", "D", and "E"**, respectively.

12.     Defendant Target hereby requests a Jury Trial of all causes of action that can be tried by jury.

13.     Plaintiff requested a Jury Trial in her Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing Declaration is both true and correct.

Executed on this 5th day of August, 2022, at Los Angeles, California.

_____
CHERYL A. KIRKPATRICK

**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is:  HORTON, OBERRECHT & KIRKPATRICK, 3 Park Plaza, Suite 350, Irvine, California 92614.

      On August 5, 2022, I served the foregoing document described as:  **Notice of Removal by Target Corporation, Jury Trial Demanded,** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[  ]    **BY MAIL** – I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after the date of deposit for mailing in affidavit.

[  ]    **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by [name of process server].

[ X ]    **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ X ]    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on August 5, 20212, at Irvine, California.

                                _____
                                  Crystal Thompson

**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

**SERVICE LIST**

Sheffner-Kummer v. Target Corporation
Orange County Superior Court:  30-2022-01256634-CU-PO-CJC

| | |
|---|---|
| Christopher A. Guldjian, Esq.<br>Frank R. Fasel, Esq.<br>Kaaveh K. Zargar, Esq.<br>Chad E. Irvin, Esq.<br>GULDJIAN \| FASEL<br>20250 Birch Street<br>Newport Beach, CA 92660<br>Tel: (714) 882-5800<br>Fax: (714) 882-5810<br>Email: cirvin@glawg.com;<br>litigation@glawg.com | Attorneys for Plaintiff Kimberly<br>Sheffner-Kummer |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**