Christopher A. Guldjian (SBN 222964)
Frank R. Fasel (SBN 263943)
Kaaveh K. Zargar (SBN 306366)
Chad E. Irvin (SBN 303210)
*cirvin@glawg.com*
*litigation@glawg.com*
**GULDJIAN | FASEL**
20250 Birch Street
Newport Beach, CA 92660
Telephone:    (714) 882-5800
Facsimile:    (714) 882-5810

Attorney for Plaintiff: KIMBERLY SHEFFNER-KUMMER

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| KIMBERLY SHEFFNER-KUMMER, an individual; | Case No. |
| Plaintiff, | **COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL** |
| vs. | 1) **NEGLIGENCE** |
| TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 100, inclusive; | 2) **PREMISES LIABILITY** |
| Defendants. | Department:<br>Judge:<br>Action Filed:<br>Trial Date: |

COMES NOW the Plaintiff KIMBERLY SHEFFNER-KUMMER, an individual; and for causes of action against Defendant TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 100, inclusive ("Defendants"), and each of them, complains and alleges as follows:

## GENERAL ALLEGATIONS

1.    The events giving rise to the complaint herein occurred in the City of Huntington Beach, County of Orange, State of California.

2.    At all times relevant herein, Plaintiff was a resident of the City of Huntington Beach, County of Orange, State of California.

3.     Plaintiff is informed and believes, and thereupon alleges that at all times relevant, Defendant TARGET CORPORATION is a Minnesota Corporation registered and operating in the State of California.

4.     The true names and capacities, whether individual, plural, corporate, partnership, associate or otherwise, of DOES 1 through 100, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. The full extent of the facts linking such fictitiously sued Defendants with the causes of action alleged herein is unknown to Plaintiff. Plaintiff is informed and believes, and thereupon alleges, that each of the defendants designated herein as a DOE was and is negligently, carelessly, recklessly, unlawfully, tortuously, wantonly, wrongfully, illegally, or in some other actionable manner, responsible for the events and happenings hereafter referred to, and thereby negligently, carelessly, recklessly, unlawfully, tortuously, wantonly, wrongfully and illegally proximately caused the hereafter described injuries and damages to Plaintiff. Plaintiff will file an amended complaint or seek leave of court to file an amended complaint to show Defendants' true names and capacities after the same have been ascertained.

5.     Plaintiff is informed and believes, and thereupon alleges, that at all times mentioned herein, Defendants, and each of them, including DOES 1 through 100, inclusive, were agents, servants, employees and joint ventures of their co-defendants, and were, as such, acting within the course, scope, and authority of said agency, employment and joint venture, and that each and every Defendant, as foresaid, when acting as a principal, was negligent in the selection and hiring of each and every Defendant as an agent, employee, contractor, subcontractor and joint venture, and that each Defendant, by and through its officers, directors or managing agents, authorized, ratified, or otherwise approved the acts of the remaining Defendants, and that said officers, directors or managing agents participated in said acts with the Defendants, including DOES 1 through 100, inclusive, and each of them.

## **FIRST CAUSE OF ACTION**

## **NEGLIGENCE**

6.     Plaintiff refers and incorporates, as though fully set forth herein, all of the allegations and statements set forth in this Complaint.

---

GULDJIAN | FASEL

7.      Plaintiff alleges that Defendants owed a duty of care to Plaintiff to act in a reasonable, prudent, and careful manner in the entrustment, operation, ownership and control of the property Defendant was operating to avoid causing harm or the risk of causing harm to Plaintiff and others.

8.      On or about April 26th, 2020, Plaintiff was a customer during normal business hours at a Target store owned and operated by Defendant located at 9882 Adams Ave., Huntington Beach, California 92646.  Plaintiff was shopping when she stepped in an unknown substance, causing her to slip and fall.

9.      Defendants so negligently, wantonly, recklessly, tortuously, wrongfully, and unlawfully operated, maintained, controlled, inspected, cleaned, and managed the premises that it created an unsafe condition.

10.     As the direct and proximate result of the negligent, wanton, reckless, tortious, wrongful, and unlawful conduct of Defendants in their failure to maintain, operate, control, inspect, clean and manage the premises, Plaintiff sustained permanent injuries which caused and will continue to cause Plaintiff mental, physical and nervous pain and suffering in addition to other damages, all to damage according to proof.

11.     As a further direct and proximate result of the negligent, wanton, reckless, tortious, wrongful, and unlawful conduct of Defendants, Plaintiff was required to, and did, and will in the future, employ physicians and surgeons to examine, treat and care for Plaintiff's severe injuries, employ specially trained persons to supply care and services, and incur medical and incidental expenses for such care and services, all to further damage according to proof.

12.     Defendants' negligence was a substantial factor in causing Plaintiffs' harm.

## SECOND CAUSE OF ACTION

## PREMISES LIABILITY

13.     Plaintiff refers and incorporates, as though fully set forth herein, all of the allegations and statements set forth in this Complaint.

14.     Plaintiff alleges that Defendants owned, leased, occupied, or controlled the premises where Plaintiff was injured.

**GULDJIAN | FASEL**

5-20-2022                                                                006090H0001                                               6020220520007394

15.     Defendants were negligent in their use or maintenance of the property.

16.     Defendants created an unreasonable risk of harm, in that the premises was improperly inspected and maintained; had not been properly cleaned, such that it was prone to unsafe conditions.

17.     Defendants knew, or through the exercise of reasonable care, should have known about the unsafe conditions on Defendant's premises.

18.     Defendants failed to repair the condition, protect against harm from the condition, or give adequate warning of the condition.

19.     As the direct and proximate result of the negligent, wanton, reckless, tortious, wrongful, and unlawful conduct of Defendants in their failure to maintain, operate, control and/or manage the premises, Plaintiff sustained permanent injuries which caused and will continue to cause Plaintiff mental, physical and nervous pain and suffering in addition to other damages, all to damage according to proof.

20.     As a further direct and proximate result of the negligent, wanton, reckless, tortious, wrongful, and unlawful conduct of Defendants, Plaintiff was required to, and did, and will in the future, employ physicians and surgeons to examine, treat and care for Plaintiff's severe injuries, employ specially trained persons to supply care and services, and incur medical and incidental expenses for such care and services, all to further damage according to proof.

21.     Defendants' negligent maintenance of its property was a substantial factor in causing Plaintiff's harm.

///
///
///

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL

5-20-2022                                    006090H0001                          6020220520007394

1   WHEREFORE, Plaintiffs pray for judgment against Defendants and DOES 1 through 100,

2   inclusive, as follows:

3        1.    Non-economic damages according to proof;

4        2.    Economic damages according to proof;

5        3.    Interest and pre-judgment interest;

6        4.    Costs of suit; and

7        5.    Such other and further relief as this Court deems proper.

8

9   Dated: April 26, 2022                            GULDJIAN | FASEL

10

11                                                   BY: _____

12                                                   Chad E. Irvin, Esq.
                                                     Attorneys for Plaintiff
13                                                   KIMBERLY SHEFFNER-KUMMER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

5

COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL

# DEMAND FOR JURY TRIAL

Demand is hereby made for all the issues of fact in this case to be tried before a jury.

Dated: April 26, 2022

GULDJIAN | FASEL

BY: _____
Chad E. Irvin, Esq.
Attorneys for Plaintiff
KIMBERLY SHEFFNER-KUMMER

**6**
COMPLAINT FOR PERSONAL INJURIES AND DAMAGES; DEMAND FOR JURY TRIAL