UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01460-FWS (KESx): | Date | December 15, 2023 |
| Title | Kimberly Sheffner-Kummer v. Target Corporation et al | | |

Present: The Honorable    FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE

   The Court, having been advised that this action has been resolved by a Stipulation to Dismiss [17], hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

   Any pending Order to Show Cause is hereby discharged.

                                                                                            ___ : ___

                                                          Initials of Deputy Clerk    mku